| **Respond to Selected Documents**

Exhibit A

**Sort Date Entries: Descending Ascending**

**Display Options:**   All Entries   ⌄

**02/09/2026**

**Affidavit Special Process Serv**
Affidavit of Return of Service - Defendant PetSmart, LLC.
    **Filed By:** ALEXANDER ABRAHAM WOLFF
    **On Behalf Of:** SHIRLEY MOORE
**Agent Served**
Document ID - 26-SMCC-1687; Served To - PETSMART, LLC; Served Date - 02/02/2026; Served Time - 00:00:00; Service Type -
SP; Reason Description - SERV; Service Text -

**01/27/2026**

**Summons Issued-Circuit**
Document ID: 26-SMCC-1687, for PETSMART, LLC Summons Attached in PDF Form for Attorney to Retrieve from Secure
Case.Net and Process for Service.

**01/13/2026**

**Filing Info Sheet eFiling**


    **Filed By:** ALEXANDER ABRAHAM WOLFF
**Motion Special Process Server**
Request for Appointment of Process Server.
    **Filed By:** ALEXANDER ABRAHAM WOLFF
    **On Behalf Of:** SHIRLEY MOORE
**Pet Filed in Circuit Ct**
Petition.
    **Filed By:** ALEXANDER ABRAHAM WOLFF
    **On Behalf Of:** SHIRLEY MOORE
**Judge Assigned**
DIV 1

**26SL-CC00512**

Electronically Filed - St Louis County - January 13, 2026 - 05:24 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| SHIRLEY MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: |
| | ) | |
| v. | ) | Division: |
| | ) | |
| PETSMART, LLC, | ) | |
| | ) | |
| Serve: Registered Agent | ) | |
| Corporate Creations Network, Inc. | ) | |
| 12747 Olive Blvd., Suite 300 | ) | |
| St. Louis, MO 63141 | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## PETITION

COMES NOW Plaintiff, SHIRLEY MOORE, by and through her attorneys of record, Alexander A. Wolff and Goldblatt + Singer, and for her cause of action against Defendant PETSMART, LLC states as follows:

1. At all relevant times herein mentioned, Plaintiff SHIRLEY MOORE ("Plaintiff") was and is a resident of the State of Missouri.

2. Defendant PETSMART, LLC ("PetSmart") is a limited liability company in good standing in the State of Missouri with a principal place of business in the State of Delaware.

3. The tortious acts, and the injuries caused, as discussed herein, occurred in St. Louis County, State of Missouri, providing this Court with jurisdiction and venue over the matter.

1

Electronically Filed - St Louis County - January 13, 2026 - 05:24 PM

4. At all times relevant, Defendant PetSmart owned, operated, managed, maintained, and controlled the premises located at 12046 Paul Mayer Avenue, Bridgeton, Missouri.

5. Defendant PetSmart was responsible for the management, general maintenance, upkeep, and safety of the premises.

6. Defendant PetSmart had the duty to inspect the premises for dangerous conditions before and while invitees and/or members of the public were on the property.

7. At all times relevant herein mentioned, Plaintiff was a guest and invitee of Defendant PetSmart.

8. Prior to Plaintiff's arrival at the store on July 3, 2024, an unknown PetSmart employee placed a sign in an aisleway.

9. The sign was either broken or not placed correctly by the employee, causing the sign to fall and lie flat on the ground making it hard to readily see.

10. On or about July 3, 2024, Plaintiff was walking through the store when she tripped over the sign lying on the floor, fracturing her left patella and injuring her left wrist.

**COUNT I**
**PREMISES LIABILITY**

11. Plaintiff incorporates all preceding paragraphs above as though fully set forth herein.

12. At all times herein concerned, Defendant PetSmart had actual control and possession of the premises located at 12046 Paul Mayer Avenue, Bridgeton, Missouri.

2

Electronically Filed - St Louis County - January 13, 2026 - 05:24 PM

13.    While exercising ordinary care under the circumstances, Plaintiff was walking in an area where guests and invitees are known to walk when she tripped over the sign.

14.    Because the sign was lying flat on the floor and not standing upright as intended, the sign was not readily visible to customers, including Plaintiff, and represented a dangerous condition.

15.    Defendant PetSmart, by and through its employees or agents, owed a duty to exercise ordinary care to members of the public, including Plaintiff, to remove, warn of, or barricade around dangerous conditions.

16.    That all acts and omissions performed by Defendant PetSmart's employee were done within the course and scope of said employee's employment with Defendant PetSmart.

17.    Defendant PetSmart knew, or by using ordinary care should have known, that the premises were dangerous and defective in that the sign was left to lie on the floor and was negligent, by and through the acts and omissions of its employee, in one or more of the following respects:

a.    Defendant PetSmart failed to warn of the sign;

b.    Defendant PetSmart failed to barricade around the sign; and

c.    Defendant PetSmart failed to place the sign so that it remained in an upright position.

18.    Defendant PetSmart knew, or should have known, through the exercise of ordinary care, that a sign left lying on the sales floor where Plaintiff fell represented a danger to all invitees of the premises including Plaintiff.

3

Electronically Filed - St Louis County - January 13, 2026 - 05:24 PM

19. As a direct and proximate result of Defendant PetSmart's negligence, Plaintiff was caused to fall.

20. As a direct and proximate result of Defendant PetSmart's negligence, Plaintiff was caused to fracture her left patella and injure her left wrist.

21. As a direct and proximate result of Defendant PetSmart's negligence, Plaintiff was caused to seek medical care for her fractured left patella and injured left wrist.

22. As a direct and proximate result of Defendant PetSmart's negligence, Plaintiff was caused to have pain, suffering, inconvenience, impaired mobility, and impaired activities of daily living.

WHEREFORE, Plaintiff SHIRLEY MOORE prays for a judgment against Defendant PETSMART, LLC in a sum in excess of twenty-five thousand dollars ($25,000.00) together with her costs herein expended, and for any further relief this Court deems just and proper.

**PLAINTIFF REQUESTS TRIAL BY JURY.**

GOLDBLATT + SINGER

BY:    */s/ Alexander A. Wolff*
       **Alexander A. Wolff        #64247**
       8182 Maryland Avenue, Suite 801
       St. Louis, MO 63105
       (314) 657-9869 direct dial
       (314) 241-5078 facsimile
       awolff@stlinjurylaw.com
       ***ATTORNEYS FOR PLAINTIFF***

4

Electronically Filed - St Louis County - January 13, 2026 - 05:24 PM

**26SL-CC00512**

**In the**
# CIRCUIT COURT
## Of St. Louis County, Missouri

 SHIRLEY MOORE, 
Plaintiff/Petitioner

vs.

 PETSMART, LLC, 
Defendant/Respondent

 January 13, 2026 
Date

_____
Case Number

_____
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now    Plaintiff SHIRLEY MOORE                                                  , pursuant
                        Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

Antoinette Kovar // Cotten Investigations, 2820 Lafayette Avenue, St. Louis, MO 63104 
Name of Process Server                              Address                                    Telephone

_____ telephone (314) 771-1178
Name of Process Server                              Address or in the Alternative                 Telephone

_____
Name of Process Server                              Address or in the Alternative                 Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties.  This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
 PETSMART, LLC 
Name
 Registered Agent: Corporate Creations Network, Inc. 
Address
 12747 Olive Blvd., Suite 300, St. Louis, MO 63141 
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk


By _____
      Deputy Clerk

_____
Date

/s/ Alexander A. Wolff
_____
Signature of Attorney/Plaintiff/Petitioner
 Alexander A. Wolff (64247) Goldblatt + Singer 
Bar No.
 8182 Maryland Avenue, Suite 801, STL, MO 63105 
Address
 (314) 657-9869              (314) 241-5078 
Phone No.                                                  Fax No.

CCADM62-WS    Rev. 07/22

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)     Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)     The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)     Appointments may list more than one server as alternates.

(B)     The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)     Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)     No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)     Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://stlcountycourts.com/forms/associate-civil/request-process-server/

(F)     This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS     Rev. 07/22

Electronically Filed - St Louis County - January 13, 2026 - 05:24 PM

**26SL-CC00512**

Electronically Filed - St Louis County - January 13, 2026 - 05:24 PM

**In the**

# CIRCUIT COURT

**Of St. Louis County, Missouri**

_SHIRLEY MOORE,_
Plaintiff/Petitioner

vs.

_PETSMART, LLC,_
Defendant/Respondent

_January 13, 2026_
Date

_____
Case Number

_____
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now __Plaintiff SHIRLEY MOORE_____, pursuant
                        Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
_Antoinette Kovar // Cotten Investigations, 2820 Lafayette Avenue, St. Louis, MO 63104__
Name of Process Server                    Address                                        Telephone

_____ telephone (314) 771-1178
Name of Process Server                    Address or in the Alternative                  Telephone

_____
Name of Process Server                    Address or in the Alternative                  Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties.  This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
_PETSMART, LLC_____
Name
_Registered Agent: Corporate Creations Network, Inc._
Address
_12747 Olive Blvd., Suite 300, St. Louis, MO 63141_
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By _____/S/ Adam Dockery_____
        Deputy Clerk

_____01/27/2026_____
Date

/s/ Alexander A. Wolff
_____
Signature of Attorney/Plaintiff/Petitioner
_Alexander A. Wolff (64247) Goldblatt + Singer_
Bar No.
_8182 Maryland Avenue, Suite 801, STL, MO 63105_
Address
_(314) 657-9869_____(314) 241-5078_
Phone No.                                    Fax No.

CCADM62-WS    Rev. 07/22

Electronically Filed - St Louis County - January 13, 2026 - 05:24 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://stlcountycourts.com/forms/associate-civil/request-process-server/

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS      Rev. 07/22

# Summons in Civil Case

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>BRIAN H. MAY | Case Number:  26SL-CC00512 |
| Plaintiff/Petitioner:<br>SHIRLEY MOORE<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ALEXANDER ABRAHAM WOLFF<br>GOLDBLATT SINGER<br>8182 MARYLAND AVENUE SUITE 801<br>ST. LOUIS, MO  63105 |
| Defendant/Respondent:<br> PETSMART, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp for Return) |

**The State of Missouri to:**   **PETSMART, LLC**
                                **Alias:**
                                **CORPORATE CREATIONS NETWORK**
                                **12747 OLIVE BLVD., SUITE 300**
                                **ST. LOUIS, MO  63141**
   **Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***



***ST. LOUIS COUNTY***

| | |
|---|---|
| 27-JAN-2026 | /S/ Adam Dockery |
| Date | Clerk |

**Further Information:**
AD

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date)
at _____ (time).

_____          _____
Printed Name of Officer or Server                    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*     My commission expires: _____ _____
                                          Date                    Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case.  However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

CCADM73

(2) **Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

(3) **Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

(4) **Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

(5) **Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.   These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Avenue, 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73



**OFFICE OF THE CIRCUIT CLERK**

Missouri's 21st Judicial Circuit, St. Louis County
Civil Department
105 South Central Avenue, Clayton, MO 63105
Hours: Monday through Friday 8:00 A.M. to 5:00 P.M.
Phone: 314-615-8029

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act. Please notify the Office of the Circuit Clerk at 314-615-8029. FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 0r 800-735-2966, at least three business days in advance of the court proceeding.

# Affidavit of Service

SHIRLEY MOORE               )

                            )   Case no:     26SL-CC00512

vs.                    )

                            )   Division:

PETSMART, LLC         )   Court date:

1. I served Petsmart, LLC c/o Corporate Creations Network, Registered Agent at 12747 Olive Blvd, Suite 300, St. Louis, MO 63141

on February 2nd 2026   @     2:39 p.m.

   1a:  service accepted by Melissa Lewis.

2. Comes now Antoinette Kovar   Special Process Server, for this court and states upon his/her oath that the information is true and correct to the best of  his/her knowledge.

The description of Melissa Lewis with whom the copy of this process was left is as follows:

| Sex | Age | Height | Weight | Skin Color | Hair Color | Other |
|-----|-----|--------|--------|-----------|-----------|-------|
| F | 40's | 5'3" | 175 lbs | White | auburn | |

Antoinette Kovar
Special Process Server

    Subscribed and sworn to before me by Antoinette Kovar  on this 3rd day of February 2026.

Notary Public

My Commission Expires:

AUGUSTUS COTTEN, JR
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES MAY 31, 2028
ST. LOUIS CITY
COMMISSION #12508599

TO:   **GOLDBLATT & SINGER
8182 MARYLAND, SUITE 801
CLAYTON, MO 63105**

   **INVOICE CODE:**        PS-109270.254

- case printing     .$    4.25
- service            .$   85.00

**TOTAL AMOUNT DUE**        $  89.25

**MAKE PAYABLE TO:**    COTTEN INVESTIGATIONS I, INC.
2820 LAFAYETTE AVENUE
ST. LOUIS, MO63104
314/771-1178
*** PAYABLE UPON RECIEPT  *

Date Submitted: February 3rd 2026

Electronically Filed - ST LOUIS COUNTY - February 09, 2026 - 02:03 PM

Electronically Filed - ST LOUIS COUNTY - February 09, 2026 - 02:03 PM



# Summons in Civil Case

## IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>BRIAN H. MAY | Case Number: 26SL-CC00512 |
| Plaintiff's/Petitioner:<br>SHIRLEY MOORE<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ALEXANDER ABRAHAM WOLFF<br>GOLDBLATT SINGER<br>8182 MARYLAND AVENUE SUITE 801<br>ST. LOUIS, MO  63105 |
| Defendant/Respondent:<br>PETSMART, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp for Return) |

The State of Missouri to:  PETSMART, LLC
**Alias:**
**CORPORATE CREATIONS NETWORK**
**12747 OLIVE BLVD., SUITE 300**
**ST. LOUIS, MO  63141**

Other Addresses:

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**ST. LOUIS COUNTY**

| 27-JAN-2026 | /S/ Adam Dockery |
|---|---|
| Date | Clerk |

Further Information:
AD

*Melissa Lewis 22.239*

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1687**
1 of 2 (26SL-CC00512)                   Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

*WF Auburn, 40's 5'3 175*

Case Number: 26SL-CC00512

Electronically Filed - ST LOUIS COUNTY - February 09, 2026 - 02:03 PM

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☒ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☒ other: _MeLISSA Lewis_____.

Served at _6747 Olive #300_____ (address)

in _St Louis_____ (County/City of St. Louis), MO, on _2·2·26_ (date)

at _2:31pm_(time).

_a. Kwar_____

Printed Name of Officer or Server          Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*          My commission expires: _____  _____

Date          Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.